UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE JEAN ROGERS,<br><br>   Plaintiff,<br><br>   v.<br><br>EASTERN INDIANS,<br><br>   Defendant. | No. 2:24-cv-01761-DAD-CSK (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 3) |

Plaintiff Nicole Jean Rogers proceeds *pro se* and *in forma pauperis* in this civil action initiated on June 24, 2024. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 26, 2024, the assigned magistrate judge screened plaintiff's complaint and recommended that it be dismissed without leave to amend for lack of subject matter jurisdiction and for failure to state a claim. (Doc. No. 3 at 3–5.) Specifically, the magistrate judge found that plaintiff's complaint, which is styled as a letter entitled "Twelve Step Testimony" and details plaintiff's family's background and history, fails to establish the court's subject matter jurisdiction and "does not contain a short and plain statement of a claim" such that "[t]he [c]ourt is unable to discern what causes of action [p]laintiff intends to bring." (Doc. No. 3 at 4.) The pending findings and recommendations were served on plaintiff and contained notice that any

1  objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 5–6.)  To date,
2  no objections have been filed, and the time in which to do so has passed.
3         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
4  *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the
5  findings and recommendations are supported by the record and proper analysis.
6         Accordingly,
7     1.    The findings and recommendations issued on December 26, 2024 (Doc. No. 3) are
8           ADOPTED in full;
9     2.    Plaintiff's complaint (Doc. No. 1) is DISMISSED, without leave to amend; and
10    3.    The Clerk of the Court is directed to CLOSE this case.
11       IT IS SO ORDERED.
12  Dated:  **May 7, 2025**
13                                          DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE